# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 25, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146478(111)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

RAYMOND CURTIS CARP,
   Defendant-Appellant.
_____/

SC: 146478
COA: 307758
St. Clair CC: 06-001700-FC

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

CORTEZ ROLAND DAVIS,
   Defendant-Appellant.
_____/

SC: 146819
COA: 314080
Wayne CC: 94-002089-01-FC

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

DAKOTAH WOLFGANG ELIASON,
   Defendant-Appellant.
_____/

SC: 147428
COA: 302353
Berrien CC: 2010-015309-FC

   On order of the Chief Justice, the motion for temporary admission under MCR 8.126(A) is GRANTED and the following out-of-state attorneys are admitted for the purpose of appearing on behalf of amicus curiae NAACP Legal Defense and Educational Fund, Inc. in these cases: Jin Hee Lee and Vincent M. Southerland.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 25, 2014



          Clerk